USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-1-09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROGER ANDREWS,

                Plaintiff,

       - against -

CRUZ, et al.,

                Defendants.

ORDER

04 Civ. 566 (PAC) (RLE)

**RONALD L. ELLIS, United States Magistrate Judge:**

**WHEREAS** discovery in this case has concluded and settlement has been unsuccessful,

**IT IS HEREBY ORDERED** that the Parties file their Joint Final Pretrial Order, in accordance with the Honorable Paul A. Crotty's individual practice rules, on or before **April 30, 2009.**

SO ORDERED this 1st day of April 2009
New York, New York

*/s/ Ronald L. Ellis*

The Honorable Ronald L. Ellis
United States Magistrate Judge