```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-16-09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROGER ANDREWS,

                 Plaintiff,

        - against -

CRUZ, et al.,

                 Defendants.

ORDER

04 Civ. 566 (PAC) (RLE)

**RONALD L. ELLIS, United States Magistrate Judge:**

    **IT IS HEREBY ORDERED** that the Parties appear for a conference with the Court on April 23, 2009, at 10:00 a.m.

    **IT IS FURTHER ORDERED** that submission of the Joint Final Pretrial Order is **STAYED**, pending resolution of Defendants' application to file a motion for Summary Judgment.

**SO ORDERED** this 16th day of April 2009
New York, New York

                                                            The Honorable Ronald L. Ellis
                                                            United States Magistrate Judge